B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DFT Custom Builders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**01-0761166** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21029 Stratford Court**<br>**Mokena, IL**<br>ZIP Code **60448** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**DFT Custom Builders, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DFT Custom Builders, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ John A. Reed**
Signature of Attorney for Debtor(s)

**John A. Reed 02299909**
Printed Name of Attorney for Debtor(s)

**John A. Reed Ltd.**
Firm Name

**63 W. Jefferson Street # 200
Joliet, IL 60432**

_____
Address

_____
Telephone Number

**October 30, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darren Trybalski**
Signature of Authorized Individual

**Darren Trybalski**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 30, 2008**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **DFT Custom Builders, Inc.**

_____,  Case No. _____
Debtor

Chapter                  **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 590,000.00 | | |
| B - Personal Property | Yes | 6 | 224,977.99 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 683,052.80 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 2 | | 29,100.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 282,473.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 814,977.99 | | |
| Total Liabilities | | | | 994,626.56 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DFT Custom Builders, Inc.** _____,    Case No. _____

Debtor    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **DFT Custom Builders, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **22156 Elise Blvd, Frankfort, Illinois** | | - | 590,000.00 | 583,125.00 |

| | | |
|---|---|---|
| Sub-Total > | 590,000.00 | (Total of this page) |
| Total > | 590,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **DFT Custom Builders, Inc.**    Case No. _____
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Chase Bank | - | 1,539.00 |
| | | Checking account (payroll account) with Chase Bank | - | 100.00 |
| | | Checking account with Palos Bank & Trust | - | 14,792.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **16,431.00**
(Total of this page)

_**2**_    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **DFT Custom Builders, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable - See attached list** | - | 204,161.99 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      204,161.99
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **DFT Custom Builders, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desk, file cabinets, bookcases, computer, laptop, printer, misc office supplies** | - | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **See attached inventory list** | - | 2,885.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **4,385.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **224,977.99** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **DFT Custom Builders, Inc.**                                    Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Attachment A

10:06 PM
10/27/08

## DFT Custom Builders, Inc.
### (16) Accounts Receivable

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Ahmed, Syed (Bridgeview bond refund) | 0.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 6,000.00 |
| Jack Hill (50% partner - Elise Blvd.) | | | | | | |
| Brookmeadow Lot 6 | 0.00 | 32.39 | 944.48 | 23.82 | 6,287.73 | 7,288.42 |
| Total Jack Hill | 0.00 | 32.39 | 944.48 | 23.82 | 6,287.73 | 7,288.42 |
| Hillcrest Development | | | | | | |
| Holiday Inn-Lansing TRIM | 0.00 | 0.00 | 0.00 | 195.00 | 0.00 | 195.00 |
| Total Hillcrest Development | 0.00 | 0.00 | 0.00 | 195.00 | 0.00 | 195.00 |
| Killian, Rich | | | | | | |
| 175 E. Delaware #8407 | 0.00 | 0.00 | 0.00 | 0.00 | 34,099.85 | 34,099.85 |
| Total Killian, Rich | 0.00 | 0.00 | 0.00 | 0.00 | 34,099.85 | 34,099.85 |
| M & R Hane, Inc. | | | | | | |
| 1809 Midwest Club St | 0.00 | 3,438.95 | 0.00 | 0.00 | 49,809.18 | 53,248.13 |
| Total M & R Hane, Inc. | 0.00 | 3,438.95 | 0.00 | 0.00 | 49,809.18 | 53,248.13 |
| Montesano Capital Management | | | | | | |
| 20 E Jackson, Suite 1500 | 0.00 | 756.05 | 0.00 | 545.06 | 36,181.23 | 37,482.34 |
| Total Montesano Capital Management | 0.00 | 756.05 | 0.00 | 545.06 | 36,181.23 | 37,482.34 |
| Safeway Construction Co., Inc. | | | | | | |
| Renaissance Place Apts (Decks) | 0.00 | 0.00 | 0.00 | 0.00 | 5,990.58 | 5,990.58 |
| Renaissance Place Apts (FR) | 0.00 | 0.00 | 0.00 | 0.00 | 22,578.38 | 22,578.38 |
| Total Safeway Construction Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 28,568.96 | 28,568.96 |
| Salvation Army | | | | | | |
| 1515 W Monroe (ADA) | 0.00 | 0.00 | 26,285.00 | 0.00 | 0.00 | 26,285.00 |
| Total Salvation Army | 0.00 | 0.00 | 26,285.00 | 0.00 | 0.00 | 26,285.00 |
| Weiss Builders Group, LLC | | | | | | |
| Aurelio's Pizza - Plainfield | 0.00 | 0.00 | 10,994.29 | 0.00 | 0.00 | 10,994.29 |
| Total Weiss Builders Group, LLC | 0.00 | 0.00 | 10,994.29 | 0.00 | 0.00 | 10,994.29 |
| **TOTAL:** | **0.00** | **4,227.39** | **38,223.77** | **763.88** | **160,946.95** | **204,161.99** |

In re   **DFT Custom Builders, Inc.**                                    Case No.

_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Attachment B

**DFT CUSTOM BUILDERS, INC.**
**TOOL INVENTORY AS OF 9/19/08**

| Quantity | Item Description | Value |
|:---:|:---|---:|
| 9 | Skill saw | $ 90.00 |
| 8 | Hitachi nail gun (framing) | $ 400.00 |
| 1 | Hitachi joist hanger nail gun | $ 50.00 |
| 1 | Hitachi cap nailer | $ 50.00 |
| 3 | Gas air compressor | $ 300.00 |
| 1 | 7500 generator | $ 100.00 |
| 1 | Dewalt electric compressor | $ 50.00 |
| 1 | Rigid electric compressor | $ 50.00 |
| 2 | Bosch hammer drill | $ 50.00 |
| 4 | 3/8" drill | $ 40.00 |
| 2 | Dewalt drywall screw guns | $ 50.00 |
| 2 | Portable table saws | $ 125.00 |
| 1 | Dewalt 12" compound miter saw | $ 70.00 |
| 1 | Dewalt 12" slide miter saw | $ 150.00 |
| 1 | Honda water pump | $ 100.00 |
| 2 | Sawzall | $ 50.00 |
| 4 | Perry scaffold | $ 150.00 |
| 1 | 20' aluminum plank | $ 75.00 |
| 1 | 40' ladder | $ 100.00 |
| 6 | 6' ladder | $ 40.00 |
| 4 | 8' ladder | $ 80.00 |
| 2 | Stanley 5-beam laser level | $ 100.00 |
| 1 | Porter Cable rotary laser level | $ 150.00 |
| 1 | Milwaukee right angle drill | $ 75.00 |
| 1 | Hitachi planer | $ 20.00 |
| 2 | Ramset | $ 50.00 |
| 1 | Rigid job box | $ 75.00 |
| 7 | 100' hose | $ 30.00 |
| 3 | 50' hose | $ 30.00 |
| 1 | Concrete cutting saw | $ 185.00 |
| | **TOTAL VALUE:** | $ 2,885.00 |

B6D (Official Form 6D) (12/07)

In re **DFT Custom Builders, Inc.**                                                    Case No. _____

                        Debtor                          ,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1002**<br><br>**Creditor #: 1**<br>**Chase**<br>**P.O. Box 9001022**<br>**Louisville, KY 40290** | X | - | **Business Line of Credit**<br><br>**Accounts Receivable - See attached list**<br><br>Value $              **204,161.99** | | | | **99,927.80** | **0.00** |
| Account No. **xxx1207**<br><br>**Creditor #: 2**<br>**Heritage Community Bank**<br>**17926 S Halsted, 2nd Floor**<br>**Homewood, IL 60430** | X | - | **First Mortgage**<br><br>**22156 Elise Blvd, Frankfort, Illinois**<br><br>Value $              **590,000.00** | | | | **412,000.00** | **0.00** |
| Account No.<br><br>**Creditor #: 3**<br>**Homewood Properties LLC**<br>**c/o T Todd Horak**<br>**1757 Ridge Road**<br>**Homewood, IL 60430** | X | - | **Second Mortgage**<br><br>**22156 Elise Blvd, Frankfort, Illinois**<br><br>Value $              **590,000.00** | | | | **171,125.00** | **0.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal<br>(Total of this page) | **683,052.80** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **683,052.80** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **DFT Custom Builders, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u>  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **DFT Custom Builders, Inc.**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx xxx1166**<br>**Creditor #: 1**<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | X | - | **2006**<br><br>**941 taxes** | | | | 15,528.37 | 0.00 | 15,528.37 |
| Account No.<br><br>Representing:<br>**Internal Revenue Service** | | | **Internal Revenue Service**<br>**3615 Park Drive Blvd V1, 2nd Flr**<br>**Olympia Fields, IL 60461** | | | | | | |
| Account No. **xx xxx1166**<br>**Creditor #: 2**<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | X | - | **2007**<br><br>**941 taxes** | | | | 8,908.77 | 0.00 | 8,908.77 |
| Account No.<br><br>Representing:<br>**Internal Revenue Service** | | | **Internal Revenue Service**<br>**3615 Park Drive, Blvd V1, 2nd Flr**<br>**Olympia Fields, IL 60461** | | | | | | |
| Account No. **xx-xx-xx-xxx-xxx-0000**<br>**Creditor #: 3**<br>**Will County Treasurer**<br>**302 N Chicago Street**<br>**Joliet, IL 60432** | X | - | **2007 Taxes**<br><br>**Real Estate Taxes** | | | | 4,662.98 | 0.00 | 4,662.98 |

Sheet _**1**_ of _**1**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>29,100.12 | 29,100.12 |
| Total<br>(Report on Summary of Schedules) | 0.00<br>29,100.12 | 29,100.12 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **DFT Custom Builders, Inc.**                                                            ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 1<br>**Creditor #: 1**<br>**Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** | X | - | | | **Credit Card - 2 accts # 8086 & # 9269** | | | | 21,214.96 |
| Account No. **WCxxx0551**<br>**Creditor #: 2**<br>**AIG/American International Company**<br>**5 Wood Hollow**<br>**P.O. Box 409**<br>**Parsippany, NJ 07054-0409** | X | - | | | **Workers Compensation Premium Audit** | | | | 9,657.79 |
| Account No.<br>**Representing:**<br>**AIG/American International Company** | | | | | **Caine & Weiner**<br>**1699 E Woodfield Road # 360**<br>**Schaumburg, IL 60173** | | | | |
| Account No.<br>**Creditor #: 3**<br>**Allen Corp Plumbing**<br>**516 4th Street**<br>**Lemont, IL 60439** | X | - | | | **Misc Charges** | | | | 10,539.00 |

|  |  |
|---|---|
| __6__    continuation sheets attached | Subtotal (Total of this page)    **41,411.75** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:34734-081009    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DFT Custom Builders, Inc.**                                                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 4** <br> **American Express** <br> **P.O. Box 360001** <br> **Ft Lauderdale, FL 33336** | X | - | Credit card - 2 accts # 72004 & # 71014 | | | | 14,333.00 |
| Account No. **8904** <br> **Creditor #: 5** <br> **Automatic Doors Inc.** <br> **118 Bartlett Avenue** <br> **Bartlett, IL 60103** | X | - | Misc - possible Mechanics Lien against property for Salvation Army job | | | | 13,176.50 |
| Account No. **xxxx xxxx xx7999** <br> **Creditor #: 6** <br> **Bank of America** <br> **P.O. Box 660312** <br> **Dallas, TX 75266** | X | - | Line of Credit | | | | 60,482.90 |
| Account No. **xxxx xxxx xxxx 5168** <br> **Creditor #: 7** <br> **Bank of America Visa** <br> **P.O. Box 15710** <br> **Wilmington, DE 19886** | X | - | Credit Card | | | | 9,232.13 |
| Account No. **xxxx xxxx xxxx 6012** <br> **Creditor #: 8** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | X | - | Credit Card | | | | 4,057.99 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,282.52

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **DFT Custom Builders, Inc.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit Card - 2 accts # 0254 & # 7842 | | | | |
| **Creditor #: 9**<br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | X | - | | | | | | |
| | | | | | | | | 12,401.21 |
| Account No. **xxxx xxxx xxxx 1592** | | | | Credit Card | | | | |
| **Creditor #: 10**<br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | X | - | | | | | | |
| | | | | | | | | 19,966.56 |
| Account No. | | | | Misc Charges | | | | |
| **Creditor #: 11**<br>**Chicago Stairworks**<br>**9981 W 190th Street**<br>**Mokena, IL 60448** | X | - | | | | | | |
| | | | | | | | | 3,992.00 |
| Account No. | | | | Contingent creditor | | | | |
| **Creditor #: 12**<br>**Chuck Petrella**<br>**3115 Mistflower Lane**<br>**Naperville, IL 60564** | X | - | | | X | | | |
| | | | | | | | | 1.00 |
| Account No. **xxxx xxxx xxxx 6774** | | | | Credit Card | | | | |
| **Creditor #: 13**<br>**Citibusiness Card**<br>**P.O. Box 688915**<br>**Des Moines, IA 50368** | X | - | | | | | | |
| | | | | | | | | 8,815.67 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **45,176.44**

B6F (Official Form 6F) (12/07) - Cont.

In re **DFT Custom Builders, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 14 Darren Trybalski 21029 Stratford Court Mokena, IL 60448** | | - | Personal Loan to Corporation | | | | 50,356.66 |
| Account No. **Creditor #: 15 First Equity Card Corp P.O. Box 23029 Columbus, GA 31902** | X | - | Credit Card - 2 accts # 4973 & # 4965 | | | | 6,702.55 |
| Account No. **xxxx xxxx xxxx 1815** **Creditor #: 16 GE Capital Financial Inc P.O. Box 960061 Orlando, FL 32896** | X | - | Credit Card | | | | 9,001.40 |
| Account No. **xxx xxxxx4 000** **Creditor #: 17 Great American Leasing Corporation 625 First St SE # 800 Cedar Rapids, IA 52401** | X | - | Quest Software Package | | | | 7,480.00 |
| Account No. **Creditor #: 18 Hytone Concrete Construction Inc. 190 Industry Avenue Frankfort, IL 60423** | X | - | Misc Charges | | | | 6,000.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **79,540.61**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **DFT Custom Builders, Inc.**                                              Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Misc Charges (2 jobs) | | | | |
| Creditor #: 19 Ideal Design Integration Inc. 721 Hickory Street Lemont, IL 60439 | X | - | | | | | | 1,829.00 |
| Account No. | | | | Contingent creditor re: Homewood Properties LLC note & Village of Frankfort | | | | |
| Creditor #: 20 Jack Hill 5559 W 143rd Street Midlothian, IL 60445 | X | - | | | X | | | 1.00 |
| Account No. xxxx4461 | | | | Misc Charges | | | | |
| Creditor #: 21 Mobile Mini Inc. 7420  Kryene Road # 101 Tempe, AZ 85283 | X | - | | | | | | 314.32 |
| Account No. x8973 | | | | Misc Charges | | | | |
| Creditor #: 22 Premier Waste & Recycling Inc. 10823  Langley Ave Chicago, IL 60628 | X | - | | | | | | 411.00 |
| Account No. Cxxx1370 | | | | Lead service | | | | |
| Creditor #: 23 Reed Construction Data 30 Technology Parkway South # 100 Norcross, GA 30092 | X | - | | | | | | 1,300.00 |
| Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 3,855.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re **DFT Custom Builders, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 24** <br> **Regal Custom Builders Inc.** <br> **c/o Chuck Petrella** <br> **3115 Mistflower Lane** <br> **Naperville, IL 60564** | X | - | Contingent Creditor | X | | | 1.00 |
| Account No. **xxxxx1129** <br> **Creditor #: 25** <br> **Sprint LDD Consumer Bankruptcy** <br> **KHOPHT0101-Z3050** <br> **6391 Sprint Parkway** <br> **Overland Park, KS 66251-3050** | X | - | Cell Phone charges & early termination fee | | | | 600.00 |
| Account No. <br> **Creditor #: 26** <br> **T Todd Horak** <br> **1757 Ridge Road** <br> **Homewood, IL 60430** | X | - | Contingent Creditor | | | | 1.00 |
| Account No. <br> **Creditor #: 27** <br> **The Blue Book** <br> **c/o Contractors Register Inc** <br> **P.O. Box 500** <br> **Jefferson Valley, NY 10535** | X | - | Advertising Contract | | | | 3,600.00 |
| Account No. <br> **Creditor #: 28** <br> **Timberview Construction** <br> **21625 Schoolhouse Road** <br> **New Lenox, IL 60451** | X | - | Misc Charges | | | | 500.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,702.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DFT Custom Builders, Inc.** _____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Creditor #: 29 Village of Frankfort 432 W Nebraska Street Frankfort, IL 60423** | X | - | | **Misc - lot mowing for 22156 Elise Blvd, Frankfort, IL** | | | | 315.00 |
| Account No. **Creditor #: 30 Weinberg Plumbing Co 846 W 119th Street Chicago, IL 60643** | X | - | | **Misc Charges** | | | | 3,035.00 |
| Account No. **REPRESENTING: Weinberg Plumbing Co** | | | | **Frank M. Bonifacic, Esq 111 W Washington Street # 1850 Chicago, IL 60602** | | | | |
| Account No. **Creditor #: 31 Zofkie's Painting Inc. 8508 W 192nd Street Mokena, IL 60448** | X | - | | **Misc Charges** | | | | 3,155.00 |
| Account No. | | | | | | | | |

Sheet no. __6___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 6,505.00 |
| Total (Report on Summary of Schedules) | 282,473.64 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **DFT Custom Builders, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Great American Leasing Corporation**<br>**625 First St SE # 800**<br>**Cedar Rapids, IA 52401** | **Quest Software Package - $ 374.00 per month**<br>**Debtor rejects contract in its entirety** |
| **Reed Construction Data**<br>**30 Technology Parkway South # 100**<br>**Norcross, GA 30092** | **Lead service - $ 158.34 per month**<br>**Debtor rejects contract in its entirety** |
| **Sprint LDD Consumer Bankruptcy**<br>**KHOPHT0101-Z3050**<br>**6391 Sprint Parkway**<br>**Overland Park, KS 66251-3050** | **Cell phone contract with Sprint**<br>**Debtor rejects contract in its entirety** |
| **The Blue Book**<br>**c/o Contractors Register Inc**<br>**P.O. Box 500**<br>**Jefferson Valley, NY 10535** | **Advertising Contract re: Blue Book - $ 296.40 per month**<br>**Debtor rejects contract in its entirety** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **DFT Custom Builders, Inc.** _____,   Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Heritage Community Bank**<br>**17926 S Halsted, 2nd Floor**<br>**Homewood, IL 60430** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Homewood Properties LLC**<br>**c/o T Todd Horak**<br>**1757 Ridge Road**<br>**Homewood, IL 60430** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Will County Treasurer**<br>**302 N Chicago Street**<br>**Joliet, IL 60432** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **American Express**<br>**P.O. Box 360001**<br>**Ft Lauderdale, FL 33336** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Bank of America Visa**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Citibusiness Card**<br>**P.O. Box 688915**<br>**Des Moines, IA 50368** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **GE Capital Financial Inc**<br>**P.O. Box 960061**<br>**Orlando, FL 32896** |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **DFT Custom Builders, Inc.**  _____,  Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **First Equity Card Corp**<br>**P.O. Box 23029**<br>**Columbus, GA 31902** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Chase**<br>**P.O. Box 9001022**<br>**Louisville, KY 40290** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Bank of America**<br>**P.O. Box 660312**<br>**Dallas, TX 75266** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **AIG/American International Company**<br>**5 Wood Hollow**<br>**P.O. Box 409**<br>**Parsippany, NJ 07054-0409** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **The Blue Book**<br>**c/o Contractors Register Inc**<br>**P.O. Box 500**<br>**Jefferson Valley, NY 10535** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Great American Leasing Corporation**<br>**625 First St SE # 800**<br>**Cedar Rapids, IA 52401** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Reed Construction Data**<br>**30 Technology Parkway South # 100**<br>**Norcross, GA 30092** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Timberview Construction**<br>**21625 Schoolhouse Road**<br>**New Lenox, IL 60451** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Premier Waste & Recycling Inc.**<br>**10823  Langley Ave**<br>**Chicago, IL 60628** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Mobile Mini Inc.**<br>**7420  Kryene Road # 101**<br>**Tempe, AZ 85283** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Village of Frankfort**<br>**432 W Nebraska Street**<br>**Frankfort, IL 60423** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **DFT Custom Builders, Inc.**  ,  Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Ideal Design Integration Inc.**<br>**721 Hickory Street**<br>**Lemont, IL 60439** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Hytone Concrete Construction Inc.**<br>**190 Industry Avenue**<br>**Frankfort, IL 60423** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Weinberg Plumbing Co**<br>**846 W 119th Street**<br>**Chicago, IL 60643** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Zofkie's Painting Inc.**<br>**8508 W 192nd Street**<br>**Mokena, IL 60448** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Chicago Stairworks**<br>**9981 W 190th Street**<br>**Mokena, IL 60448** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Allen Corp Plumbing**<br>**516 4th Street**<br>**Lemont, IL 60439** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Regal Custom Builders Inc.**<br>**c/o Chuck Petrella**<br>**3115 Mistflower Lane**<br>**Naperville, IL 60564** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Automatic Doors Inc.**<br>**118 Bartlett Avenue**<br>**Bartlett, IL 60103** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Jack Hill**<br>**5559 W 143rd Street**<br>**Midlothian, IL 60445** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Sprint LDD Consumer Bankruptcy**<br>**KHOPHT0101-Z3050**<br>**6391 Sprint Parkway**<br>**Overland Park, KS 66251-3050** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **T Todd Horak**<br>**1757 Ridge Road**<br>**Homewood, IL 60430** |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **Chuck Petrella**<br>**3115 Mistflower Lane**<br>**Naperville, IL 60564** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **DFT Custom Builders, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Jack Hill**<br>**5559 W 143rd Street**<br>**Midlothian, IL 60445** | **Homewood Properties LLC**<br>**c/o T Todd Horak**<br>**1757 Ridge Road**<br>**Homewood, IL 60430** |
| **Jack Hill**<br>**5559 W 143rd Street**<br>**Midlothian, IL 60445** | **Village of Frankfort**<br>**432 W Nebraska Street**<br>**Frankfort, IL 60423** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DFT Custom Builders, Inc.**            Case No.

                                           Debtor(s)      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __24__   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 30, 2008**                         Signature    **/s/ Darren Trybalski**

                                                                  **Darren Trybalski**
                                                                   **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **DFT Custom Builders, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,800.00** | **2008 Net Income to Date** |
| **$-40,622.00** | **2007 Business Loss** |
| **$-108,121.00** | **2006 Business Loss** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|             AMOUNT             |             SOURCE             |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Various per attached page** | **See attached page itemizing payments to creditors/vendors during last 90 days - payments total $ 102,742.16** | **$0.00** | **$0.00** |
| **Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114** | **Trust fund portion of 941 taxes paid -- $ 10,000 paid 09/03/08 & $ 14,593.03 paid on 09/12/08** | **$24,593.03** | **$24,437.14** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Tools stolen from inside of building at 3700 W Douglas, Chicago, Illinois -- Replacement value $ 2,150.00** | **$ 351.59 received from insurance company & replacement of some of the stolen tools** | **December 31, 2007** |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John A. Reed Ltd.**<br>**63 W. Jefferson Street # 200**<br>**Joliet, IL 60432** | **September 2008** | **$2,201.00 paid** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **DFT Custom Builders, Inc.** | 01-0761166 | **21029 Stratford Court Mokena, IL 60448** | **General Carpentry/Contractor** | **01/08/2003 - 10/2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Kristine Trybalski 21029 Stratford Court Mokena, IL 60448** | **Bookkeeper  - 2003 - present** |
| **Bruns & Bruns Ltd 321 W Maple # 10 New Lenox, IL 60451** | **Accountant - 2003- present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Darren Trybalski** | **21029 Stratford Court**<br>**Mokena, IL 60448** |

None☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Heritage Community Bank**<br>**17926 S Halsted, 2nd Floor**<br>**Homewood, IL 60430** | **July 2008** |
| **Centrue Bank**<br>**660 S Broadway**<br>**Coal City, IL 60416** | **February 2008** |
| **Chase Bank**<br>**20801 S LaGrange Road**<br>**Frankfort, IL 60423** | **October 2007** |

### 20. Inventories

None■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None □  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Darren Trybalski**<br>**21029 Stratford Court**<br>**Mokena, IL 60448**<br>    **President** | **09/21/07 - 09/03/08 -- repayment on loan**<br>**to corporation to cover expenses -- $**<br>**50,356.66 still owed on said loan** | **$ 24,194.17 paid over course**<br>**of 1 year** |

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date  **October 30, 2008**                    Signature  **/s/ Darren Trybalski**
                                                          **Darren Trybalski**
                                                          **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **DFT Custom Builders, Inc.**                          Case No.
                                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment A

DFT Custom Builders, Inc.       Question 3A   Page 18
**Section 7 - Statement of Financial Affairs**
**Payments to Creditors (90 days prior equaling $600 or more)**

| | PAID | STILL OWED | |
|---|---|---|---|
| Advanta Bank Corp | $ 750.00 | $ 21,214.96 | |
| AIG | $ 1,000.00 | $ 9,000.00 | |
| Automatic Doors, Inc. | $ 13,176.50 | $ 13,176.50 | |
| Bank of America (line of credit) | $ 734.16 | $ 60,482.90 | |
| Chase (line of credit) | $ 2,144.75 | $ 99,927.80 | |
| Chase Visa (1592) | $ 1,300.00 | $ 19,966.56 | |
| Chicago Stairworks | $ 3,992.00 | $ 3,992.00 | *Sng* |
| Drywall Supply Illinois | $ 6,082.53 | $ - | |
| Edward Hines Lumber Co. | $ 1,409.06 | $ - | |
| Ford Credit | $ 911.76 | $ 21,348.48 | |
| Heritage Community Bank | $ 1,000.00 | $ 412,000.00 | |
| Home Depot | $ 1,029.32 | $ - | |
| Hot Wire Electric | $ 3,139.50 | $ - | |
| IDES | $ 1,259.15 | $ - | |
| IL Dept of Revenue | $ 880.09 | $ - | |
| J.P. Larsen, Inc. | $ 4,066.98 | $ - | |
| Loftus & Loftus, Ltd. | $ 1,148.36 | $ - | |
| Sprint | $ 906.11 | $ - | |
| Reed, John A. | $ 4,200.00 | $ - | |
| Rothschild Agency, Inc. | $ 1,391.00 | $ - | |
| S & M Construction | $ 10,475.00 | $ - | |
| Secura Insurance | $ 4,365.70 | $ - | |
| Tax Relief, Inc. | $ 1,200.00 | $ - | |
| The Blue Book | $ 889.20 | 296.40 monthly | |
| United States Treasury | $ 31,462.99 | $ - | |
| Yonan Carpet One | $ 2,128.00 | $ - | |
| Zofkie's Painting, Inc. | $ 1,700.00 | $ 3,155.00 | |
| | | - | |
| TOTAL: | $ 102,742.16 | | |

## United States Bankruptcy Court
### Northern District of Illinois

In re   **DFT Custom Builders, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,201.00 |
| Balance Due | $ | 299.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

  ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

  ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions,or any other type of adversary proceedings.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

Dated:   **October 30, 2008**

**/s/ John A. Reed**
**John A. Reed**
**John A. Reed Ltd.**
**63 W. Jefferson Street # 200**
**Joliet, IL 60432**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DFT Custom Builders, Inc.** _____   Case No. _____

                                        Debtor(s)          Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **38**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 30, 2008** _____   **/s/ Darren Trybalski** _____

                                        **Darren Trybalski**/**President**
                                        Signer/Title

Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101-8088


AIG/American International Company
5 Wood Hollow
P.O. Box 409
Parsippany, NJ 07054-0409


Allen Corp Plumbing
516 4th Street
Lemont, IL 60439


American Express
P.O. Box 360001
Ft Lauderdale, FL 33336


Automatic Doors Inc.
118 Bartlett Avenue
Bartlett, IL 60103


Bank of America
P.O. Box 660312
Dallas, TX 75266


Bank of America Visa
P.O. Box 15710
Wilmington, DE 19886


Caine & Weiner
1699 E Woodfield Road # 360
Schaumburg, IL 60173


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Chase
P.O. Box 15298
Wilmington, DE 19850


Chase
P.O. Box 9001022
Louisville, KY 40290

Chicago Stairworks
9981 W 190th Street
Mokena, IL 60448


Chuck Petrella
3115 Mistflower Lane
Naperville, IL 60564


Citibusiness Card
P.O. Box 688915
Des Moines, IA 50368


Darren Trybalski
21029 Stratford Court
Mokena, IL 60448


First Equity Card Corp
P.O. Box 23029
Columbus, GA 31902


Frank M. Bonifacic, Esq
111 W Washington Street # 1850
Chicago, IL 60602


GE Capital Financial Inc
P.O. Box 960061
Orlando, FL 32896


Great American Leasing Corporation
625 First St SE # 800
Cedar Rapids, IA 52401


Heritage Community Bank
17926 S Halsted, 2nd Floor
Homewood, IL 60430


Homewood Properties LLC
c/o T Todd Horak
1757 Ridge Road
Homewood, IL 60430


Hytone Concrete Construction Inc.
190 Industry Avenue
Frankfort, IL 60423

Ideal Design Integration Inc.
721 Hickory Street
Lemont, IL 60439


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
3615 Park Drive, Blvd V1, 2nd Flr
Olympia Fields, IL 60461


Jack Hill
5559 W 143rd Street
Midlothian, IL 60445


Mobile Mini Inc.
7420 Kryene Road # 101
Tempe, AZ 85283


Premier Waste & Recycling Inc.
10823 Langley Ave
Chicago, IL 60628


Reed Construction Data
30 Technology Parkway South # 100
Norcross, GA 30092


Regal Custom Builders Inc.
c/o Chuck Petrella
3115 Mistflower Lane
Naperville, IL 60564


Sprint LDD Consumer Bankruptcy
KHOPHT0101-Z3050
6391 Sprint Parkway
Overland Park, KS 66251-3050


T Todd Horak
1757 Ridge Road
Homewood, IL 60430

The Blue Book
c/o Contractors Register Inc
P.O. Box 500
Jefferson Valley, NY 10535


Timberview Construction
21625 Schoolhouse Road
New Lenox, IL 60451


Village of Frankfort
432 W Nebraska Street
Frankfort, IL 60423


Weinberg Plumbing Co
846 W 119th Street
Chicago, IL 60643


Will County Treasurer
302 N Chicago Street
Joliet, IL 60432


Zofkie's Painting Inc.
8508 W 192nd Street
Mokena, IL 60448