# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
DFT CUSTOM BUILDERS, INC. § Case No. 08-29458
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/MICHAEL G. BERLAND_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-29458 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | | Date Filed (f) or Converted (c): | 10/30/08 (f) |
| | | | | 341(a) Meeting Date: | 12/01/08 |
| For Period Ending: | 01/31/12 | | | Claims Bar Date: | 03/04/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22156 Elise Boulevard-scheduled | 590,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Chase-Scheduled | 1,539.00 | 1,176.32 | | 1,176.32 | FA |
| 3. Checking Chase-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking Palos Bank & Trust-scheduled | 14,792.00 | 14,730.37 | | 14,730.37 | FA |
| 5. Accounts receivable-scheduled | 204,161.00 | 37,474.29 | DA | 37,474.29 | FA |
| 6. Office equipment-scheduled  See liquidation of asset 7 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. Inventory-scheduled  Settlement of $1500 also relates to asset 6. | 2,885.00 | 1,500.00 | | 1,500.00 | FA |
| 8. Refund of bond premium-unscheduled (u) | 0.00 | 2,854.90 | | 2,854.90 | FA |
| 9. Refund on insurance for 8243 W Lincoln-unschedul (u) | 0.00 | 182.78 | | 0.00 | FA |
| 10. Checking account with Chase Bank | 1,176.32 | 0.00 | DA | 0.00 | FA |
| 11. Checking account (payroll account) with Chase Ba | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Accounts Receivable - See attached list  Duplicate of asset 5  Duplicate of asset 5 | 204,161.99 | 0.00 | DA | 0.00 | FA |
| 13. Desk, file cabinets, bookcases, computer, laptop  Duplicate of Asset 6  Duplicate of Asset 6 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14. Distribution class action settlement-unscheduled | 4.10 | 4.10 | | 4.10 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 64.98 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,021,819.41  $57,922.76  $57,804.96  $0.00

(Total Dollar Amount in Column 6)

_____

LFORM1  **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*  Ver: 16.05b

Case 08-29458 Doc 44 Filed 02/16/12 Entered 02/16/12 13:15:20 Desc Main
Document Page 4 of 19

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 08-29458 | BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Date Filed (f) or Converted (c): | 10/30/08 (f) |
| | | | 341(a) Meeting Date: | 12/01/08 |
| | | | Claims Bar Date: | 03/04/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There are accounts receivable and the Trustee is hiring special counsel to collect the accounts receivable if any are collectible. The Trustee liquidated bank accounts.. The Trustee hired an accountant to file tax returns. The Trustee will file his Final Report early in 2012.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-29458 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0065 Money Market Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198820065 | Wire in from JPMorgan Chase Bank, N.A. account 312198820065 | 9999-000 | 57,767.78 | | 57,767.78 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.76 | | 57,770.54 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.44 | | 57,773.98 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.32 | | 57,777.30 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.44 | | 57,780.74 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.43 | | 57,784.17 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.42 | | 57,785.59 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.47 | | 57,787.06 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.42 | | 57,788.48 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.47 | | 57,789.95 |
| 01/19/11 | 14 | Insurance Brokerage Antitrust Litigation | Proceeds from order class action settlement DEPOSIT CHECK #1125865 | 1129-000 | 4.10 | | 57,794.05 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.47 | | 57,795.52 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 57,796.85 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.47 | | 57,798.32 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.42 | | 57,799.74 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.47 | | 57,801.21 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 57,801.68 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,802.17 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,802.66 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 57,803.13 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,803.62 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 57,804.09 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,804.58 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 57,804.96 |
| 01/25/12 | | Transfer to Acct #*******5213 | Bank Funds Transfer | 9999-000 | | 57,804.96 | 0.00 |

Page Subtotals  57,804.96   57,804.96

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-29458 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | DFT CUSTOM BUILDERS, INC. | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******0065  Money Market Account |
| Taxpayer ID No: | *******1166 |  |  |
| For Period Ending: | 01/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS | 57,804.96 | 57,804.96 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's | 57,767.78 | 57,804.96 |  |
|  |  |  | Subtotal | 37.18 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 37.18 | 0.00 |  |

Page Subtotals    0.00    0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 08-29458 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DFT CUSTOM BUILDERS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0066 Checking Account |
| Taxpayer ID No: | *******1166 | | |
| For Period Ending: | 01/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 08-29458 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******0065 Money Market Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/08 | 5 | Weiss Builders Group | Payment of accounts receivable | 1121-000 | 10,994.29 | | 10,994.29 |
| | | | DEPOSIT CHECK #1263 | | | | |
| 12/16/08 | 4 | DFT Custom Builders | Payment of Palos Bank account balance | 1129-000 | 14,730.37 | | 25,724.66 |
| | | | DEPOSIT CHECK #5014 | | | | |
| 12/16/08 | 2 | Chase Bank | Payment of amount in account | 1129-000 | 11.38 | | 25,736.04 |
| | | | DEPOSIT CHECK #9406601080 | | | | |
| 12/30/08 | 5 | Hillcrest Development | Payment of account receivable | 1121-000 | 195.00 | | 25,931.04 |
| | | | DEPOSIT CHECK #17379 | | | | |
| 12/30/08 | 8 | Secura Insurance | Refund of overpayment of bond premium | 1229-000 | 1,764.90 | | 27,695.94 |
| | | | DEPOSIT CHECK #7152016 | | | | |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 27,696.62 |
| 01/06/09 | 2 | Chase Bank | Payment of balance on Chase Account | 1129-000 | 1,164.94 | | 28,861.56 |
| | | | DEPOSIT CHECK #9406601159 | | | | |
| 01/09/09 | 8 | Secura Insurance | Refund of insurance | 1229-000 | 1,090.00 | | 29,951.56 |
| | | | DEPOSIT CHECK #784596 | | | | |
| 01/22/09 | | Burnet Title | Payment of A/R for 10947 Avenue G, Chicago, Illinois | 1121-000 | 235.00 | | 30,186.56 |
| | | | DEPOSIT CHECK #303681 | | | | |
| 01/22/09 | | First American Title | Payment for A/R for 2241 Florence Drive, blue Island, Illinois | 1121-000 | 400.00 | | 30,586.56 |
| | | | DEPOSIT CHECK #14914776 | | | | |
| 01/22/09 | | Chicago Metro Title | Payment of A/R for 4230 Prescott, Lyons, Illinois | 1121-000 | 400.00 | | 30,986.56 |
| | | | DEPOSIT CHECK #1-7601 | | | | |
| 01/22/09 | | Robert Arnold | Payment of A/R for 1318 Argo Lane, Lockport, Illinois | 1121-000 | 350.00 | | 31,336.56 |
| | | | DEPOSIT CHECK #1375 | | | | |
| 01/22/09 | | State Farm | Payment for refund of insurance for 8243 Lincoln | 1229-000 | 182.78 | | 31,519.34 |
| | | | DEPOSIT CHECK #501173472 | | | | |

Page Subtotals 31,519.34 0.00

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 8)* Ver: 16.05b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 08-29458 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******0065  Money Market Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    1.20 | | 31,520.54 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    1.20 | | 31,521.74 |
| 03/23/09 | 7 | National City | Payment of settlement per court order DEPOSIT CHECK #821129904 | 1129-000    1,500.00 | | 33,021.74 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    1.38 | | 33,023.12 |
| * 04/15/09 | | The Salvation Army | Payment of amout owed under lien DEPOSIT CHECK #262305 | 1121-003    26,285.00 | | 59,308.12 |
| * 04/15/09 | | The Salvation Army | Payment of amout owed under lien | 1121-003    -26,285.00 | | 33,023.12 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    1.34 | | 33,024.46 |
| 05/07/09 | 5 | The Salvation Army | Payment in full of monies due per lien DEPOSIT CHECK #263484 | 1121-000    26,285.00 | | 59,309.46 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    1.98 | | 59,311.44 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.58 | | 59,314.02 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.50 | | 59,316.52 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.50 | | 59,319.02 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.42 | | 59,321.44 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.42 | | 59,323.86 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.50 | | 59,326.36 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.50 | | 59,328.86 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.33 | | 59,331.19 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.25 | | 59,333.44 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000    2.66 | | 59,336.10 |
| 04/01/10 | 001001 | Paul Stancato bankruptcy estate | Reversal of deposit, plus interest, posted to incorrect account Memo Allocation: Name/Address: Description: Burnet UTC: 1121-00 Amount:      $235.00 | 1121-000    -1,568.71 | | 57,767.39 |

Page Subtotals        26,248.05        0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit B

| | |
|---|---|
| Case No: | 08-29458 -BL |
| Case Name: | DFT CUSTOM BUILDERS, INC. |
| Taxpayer ID No: | *******1166 |
| For Period Ending: | 01/31/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0065 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ---- Memo Allocation: Name/Address: Description: First American Titile UTC: 1121-00 Amount: $400.00 ---- Memo Allocation: Name/Address: Description: Chicago Metro Title UTC: 1121-00 Amount: $400.00 ---- Memo Allocation: Name/Address: Description: Robert Arnold UTC: 1121-00 Amount: $350.00 ---- Memo Allocation: Name/Address: Description: State Farm UTC: 1229-00 Amount: $182.78 ---- | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 08-29458 -BL |
| Case Name: | DFT CUSTOM BUILDERS, INC. |
| Taxpayer ID No: | *******1166 |
| For Period Ending: | 01/31/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0065 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Memo Allocation:<br>Name/Address:<br>Description: Interest from date of deposit<br>01/22/09-03/31/10<br>UTC: 1270-00<br>Amount: $0.93<br>----<br>Current Interest Rate is 0.0500%<br>JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.39 | | 57,767.78 |
| 04/06/10 | | Wire out to BNYM account 000198820065 | Wire out to BNYM account 000198820065 | 9999-000 | | 57,767.78 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 57,767.78 | 57,767.78 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 57,767.78 | 57,767.78 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 57,767.78 | 57,767.78 | |

Page Subtotals  0.39  57,767.78

FORM 2

Page: 8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-29458 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******0066 Checking Account |
| Taxpayer ID No | *******1166 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-29458 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | DFT CUSTOM BUILDERS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5213  Checking Account |
| Taxpayer ID No: | *******1166 | | |
| For Period Ending: | 01/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0065 | Bank Funds Transfer | 9999-000 | 57,804.96 | | 57,804.96 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 57,804.96 | 0.00 | 57,804.96 |
| Less: Bank Transfers/CD's | 57,804.96 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********0065 | 37.18 | 0.00 | 0.00 |
| Checking Account - ********0066 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********0065 | 57,767.78 | 57,767.78 | 0.00 |
| Checking Account - ********0066 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5213 | 0.00 | 0.00 | 57,804.96 |
| | 57,804.96 | 57,767.78 | 57,804.96 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    57,804.96    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2012 |
|---|---|---|---|---|---|---|

Case Number:   08-29458
Debtor Name:   DFT CUSTOM BUILDERS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200<br>2200-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Administrative | | $0.00 | $182.40 | $182.40 |
| 200<br>2100-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Administrative | | $0.00 | $6,140.23 | $6,140.23 |
| 12<br>200<br>3410-00 | Digiovine, Hnilo, Jordan & Johnson<br>2370 Foxfield Road,suite 301<br>St. Charles, IL  60174 | Administrative | | $0.00 | $3,225.00 | $3,225.00 |
| 6<br>100<br>4110-00 | Heritage Community Bank<br>c/o J. Ryan Potts<br>230 W Monroe Suite 2250<br>Chicago, IL  60606 | Secured | | $0.00 | $443,990.63 | $0.00 |
| 5P<br>570<br>5800-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Priority | | $0.00 | $9,408.89 | $9,408.89 |
| 1<br>610<br>7100-00 | Great American Leasing Corporation<br>PO Box 609<br>Cedar Rapids, IA  52406 | Unsecured | | $0.00 | $7,864.22 | $7,864.22 |
| 2<br>610<br>7100-00 | Hytone Concrete Construction Inc.<br>190 Industry Avenue<br>Frankfort, IL  60423 | Unsecured | | $0.00 | $6,000.00 | $6,000.00 |
| 3<br>610<br>7100-00 | Mobile Mini Inc.<br>7420 Kryene Road # 101<br>Tempe, AZ  85283 | Unsecured | | $0.00 | $304.56 | $304.56 |
| 4<br>610<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $0.00 | $19,966.56 | $19,966.56 |
| 5U<br>610<br>7100-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Unsecured | | $0.00 | $17,301.33 | $17,301.33 |
| 7<br>610<br>7100-00 | American Express Bank FSBc/o<br>Beckett & Lee<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $14,698.12 | $0.00 |
| 7 -2<br>610<br>7100-00 | American Express Bank FSBc/o<br>Beckett & Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $14,698.12 | $14,698.12 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2012 |

Case Number:   08-29458
Debtor Name:   DFT CUSTOM BUILDERS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>610<br>7100-00 | Bank of America NA<br>Po Box 26012<br>NC4 105 03 14<br>Greensboro, NC  27420 | Unsecured | | $0.00 | $61,228.58 | $61,228.58 |
| 10<br>610<br>7100-00 | Chicago Stairworks<br>9981 W 190th Street<br>Mokena, IL  60448 | Unsecured | | $0.00 | $3,992.00 | $3,992.00 |
| 11<br>610<br>7100-00 | New Hampshire Insurance<br>Comapanyc/o Bankruptcy Collections<br>David A Levin, Representative<br>70 Pine   Satreet, 28th floor<br>New York, NY  10270 | Unsecured | | $0.00 | $8,930.00 | $8,930.00 |
| | Case Totals: | | | $0.00 | $617,930.64 | $159,241.89 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-29458
Case Name: DFT CUSTOM BUILDERS, INC.
Trustee Name: MICHAEL G. BERLAND

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Heritage Community Bank c/o J. Ryan Potts 230 W Monroe Suite 2250 Chicago, IL 60606 | $ | $ | $ | $ |

Total to be paid to secured creditors  $_____

Remaining Balance  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |
| Accountant for Trustee Fees: Digiovine, Hnilo, Jordan & Johnson | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service P.O. Box 21126 Philadelphia, PA  19114 | $ | $ | $ |

    Total to be paid to priority creditors                $_____

    Remaining Balance                                    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Great American Leasing Corporation PO Box 609 Cedar Rapids, IA  52406 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Hytone Concrete Construction Inc. 190 Industry Avenue Frankfort, IL  60423 | $ | $ | $ |
| 3 | Mobile Mini Inc. 7420 Kryene Road # 101 Tempe, AZ  85283 | $ | $ | $ |
| 4 | Chase Bank USA NA PO BOX 15145 Wilmington, DE  19850-5145 | $ | $ | $ |
| 5U | Internal Revenue Service P.O. Box 21126 Philadelphia, PA  19114 | $ | $ | $ |
| 7 | American Express Bank FSBc/o Beckett & Lee POB 3001 Malvern, PA  19355-0701 | $ | $ | $ |
| 7 -2 | American Express Bank FSBc/o Beckett & Lee LLP POB 3001 Malvern, PA  19355-0701 | $ | $ | $ |
| 9 | Bank of America NA Po Box 26012 NC4 105 03 14 Greensboro, NC  27420 | $ | $ | $ |
| 10 | Chicago Stairworks 9981 W 190th Street Mokena, IL  60448 | $ | $ | $ |
| 11 | New Hampshire Insurance Comapanyc/o Bankruptcy Collections David A Levin, Representative 70 Pine  Satreet, 28th floor New York, NY  10270 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

  Remaining Balance                 $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>