UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DFT CUSTOM BUILDERS, INC. | § | Case No. 08-29458 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/23/2012 in Courtroom 201,

United States Courthouse
Will County Court Annex Building
57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2012                By: /s/ Michael G. Berland
                                              Trustee


MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
 §
DFT CUSTOM BUILDERS, INC.  §  Case No. 08-29458
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 57,804.96 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 57,804.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Heritage Community Bank c/o J. Ryan Potts 230 W Monroe Suite 2250 Chicago, IL 60606 | $ 443,990.63 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 57,804.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,140.23 | $ 0.00 | $ 6,140.23 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 182.40 | $ 0.00 | $ 182.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Digiovine, Hnilo, Jordan & Johnson | $ 3,225.00 | $ 0.00 | $ 3,225.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,547.63 |
| Remaining Balance | $ 48,257.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,408.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | $ 9,408.89 | $ 0.00 | $ 9,408.89 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 9,408.89 |
| Remaining Balance | $ 38,848.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 140,285.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Great American Leasing Corporation PO Box 609 Cedar Rapids, IA 52406 | $ 7,864.22 | $ 0.00 | $ 2,177.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Hytone Concrete Construction Inc. 190 Industry Avenue Frankfort, IL  60423 | $ 6,000.00 | $ 0.00 | $ 1,661.55 |
| 3 | Mobile Mini Inc. 7420 Kryene Road # 101 Tempe, AZ  85283 | $ 304.56 | $ 0.00 | $ 84.34 |
| 4 | Chase Bank USA NA PO BOX 15145 Wilmington, DE  19850-5145 | $ 19,966.56 | $ 0.00 | $ 5,529.23 |
| 5U | Internal Revenue Service P.O. Box 21126 Philadelphia, PA  19114 | $ 17,301.33 | $ 0.00 | $ 4,791.16 |
| 7 | American Express Bank FSBc/o Beckett & Lee POB 3001 Malvern, PA  19355-0701 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 -2 | American Express Bank FSBc/o Beckett & Lee LLP POB 3001 Malvern, PA  19355-0701 | $ 14,698.12 | $ 0.00 | $ 4,070.27 |
| 9 | Bank of America NA Po Box 26012 NC4 105 03 14 Greensboro, NC  27420 | $ 61,228.58 | $ 0.00 | $ 16,955.69 |
| 10 | Chicago Stairworks 9981 W 190th Street Mokena, IL  60448 | $ 3,992.00 | $ 0.00 | $ 1,105.48 |
| 11 | New Hampshire Insurance Comapanyc/o Bankruptcy Collections David A Levin, Representative 70 Pine  Satreet, 28th floor New York, NY  10270 | $ 8,930.00 | $ 0.00 | $ 2,472.93 |

Total to be paid to timely general unsecured creditors     $     38,848.44

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                    Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-29458-BWB
DFT Custom Builders, Inc.                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: ccabrales          Page 1 of 3           Date Rcvd: Feb 17, 2012
                             Form ID: pdf006          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2012.
```
db          +DFT Custom Builders, Inc.,   18859 Crystal Creek Drive,   Mokena, IL 60448-1183
12797546     AIG/American International Company,   5 Wood Hollow,   P.O. Box 409,   Parsippany, NJ 07054-0409
12797547    +Allen Corp Plumbing,   516 4th Street,   Lemont, IL 60439-4112
12797548   +++American Express Bank FSB,   P.O. Box 3001,   Malvern, PA 19355-0701
13454012     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12797549    +Automatic Doors Inc.,   118 Bartlett Avenue,   Bartlett, IL 60103-4281
12797550    +Bank of America,   P.O. Box 660312,   Dallas, TX 75266-0312
13512013    +Bank of America NA,   Po Box 26012,   NC4 105 03 14,   Greensboro NC 27420-6012
12797551    +Bank of America Visa,   P.O. Box 15710,   Wilmington, DE 19886-5710
12797552    +Caine & Weiner,   1699 E Woodfield Road # 360,   Schaumburg, IL 60173-4935
12797553     Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
12797554    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12797555    +Chase,   P.O. Box 9001022,   Louisville, KY 40290-1022
13004977     Chase Bank USA NA,   PO BOX 15145,   Wilmington DE 19850-5145
12797556    +Chicago Stairworks,   9981 W 190th Street,   Mokena, IL 60448-5612
12797557    +Chuck Petrella,   3115 Mistflower Lane,   Naperville, IL 60564-5940
12797558    +Citibusiness Card,   P.O. Box 688915,   Des Moines, IA 50368-8915
12797560    +First Equity Card Corp,   P.O. Box 23029,   Columbus, GA 31902-3029
12797561    +Frank M. Bonifacic, Esq,   111 W Washington Street # 1850,   Chicago, IL 60602-3431
12797563    +Great American Leasing Corporation,   PO Box 609,   Cedar Rapids, IA 52406-0609
12797564    +Heritage Community Bank,   c/o J. Ryan Potts,   230 W Monroe Suite 2250,
              Chicago, Illinois 60606-4902
12797565    +Homewood Properties LLC,   c/o T Todd Horak,   1757 Ridge Road,   Homewood, IL 60430-1812
12797566    +Hytone Concrete Construction Inc.,   190 Industry Avenue,   Frankfort, IL 60423-1692
12797567    +Ideal Design Integration Inc.,   721 Hickory Street,   Lemont, IL 60439-4204
12797569     Internal Revenue Service,   3615 Park Drive, Blvd V1, 2nd Flr,   Olympia Fields, IL 60461
12797570    +Jack Hill,   5559 W 143rd Street,   Midlothian, IL 60445-2411
12797571    +Mobile Mini Inc.,   7420  Kryene Road # 101,   Tempe, AZ 85283-4678
13579359    +New Hampshire Insurance Comapany,   c/o AIG Bankruptcy Collections,
              David A Levin Authorized Representative,   70 Pine Street 28th Floor,
              New York, New York 10270-0001
12797572    +Premier Waste & Recycling Inc.,   10823  Langley Ave,   Chicago, IL 60628-3814
12797573    +Reed Construction Data,   30 Technology Parkway South # 100,   Norcross, GA 30092-2925
12797574    +Regal Custom Builders Inc.,   c/o Chuck Petrella,   3115 Mistflower Lane,
              Naperville, IL 60564-5940
12797575     Sprint LDD Consumer Bankruptcy,   KHOPHT0101-Z3050,   6391 Sprint Parkway,
              Overland Park, KS 66251-3050
12797576    +T Todd Horak,   1757 Ridge Road,   Homewood, IL 60430-1849
12797577    +The Blue Book,   c/o Contractors Register Inc,   P.O. Box 500,   Jefferson Valley, NY 10535-0500
12797578    +Timberview Construction,   21625 Schoolhouse Road,   New Lenox, IL 60451-3714
12797579    +Village of Frankfort,   432 W Nebraska Street,   Frankfort, IL 60423-4001
12797580    +Weinberg Plumbing Co,   846 W 119th Street,   Chicago, IL 60643-5256
12797581    +Will County Treasurer,   302 N Chicago Street,   Joliet, IL 60432-4059
12797582    +Zofkie's Painting Inc.,   8508 W 192nd Street,   Mokena, IL 60448-8990
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12797545      E-mail/Text: bkr@cardworks.com Feb 18 2012 03:29:13     Advanta Bank Corp,   P.O. Box 8088,
               Philadelphia, PA 19101-8088
12797562     +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:30     GE Capital Financial Inc,
               P.O. Box 960061,   Orlando, FL 32896-0061
12797568      E-mail/Text: cio.bncmail@irs.gov Feb 18 2012 02:57:49     Internal Revenue Service,
               P.O. Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12797559   ##+Darren Trybalski,   21029 Stratford Court,   Mokena, IL 60448-2015
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales           Page 2 of 3              Date Rcvd: Feb 17, 2012
                              Form ID: pdf006           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales           Page 3 of 3                  Date Rcvd: Feb 17, 2012
                              Form ID: pdf006           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
              John A Reed    on behalf of Debtor   DFT Custom Builders, Inc. barbf@thebankruptcylaw.com
              John R Potts    on behalf of Creditor   Heritage Community Bank ryan@brotschulpotts.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4