# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DFT CUSTOM BUILDERS, INC. | § | Case No. 08-29458 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | HERITAGE COMMUNITY BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| DIGIOVINE, HNILO, JORDAN & JOHNSON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Creditor #: 3 Will County Treasurer 302 N Chicago Street Joliet, IL 60432 | | | | | |
| | Representing: Internal Revenue Service | | | | | |
| | Representing: Internal Revenue Service | | | | | |
| 5P | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Advanta Bank Corp P.O. Box 8088 Philadelphia, PA 19101-8088 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 12 Chuck Petrella 3115 Mistflower Lane Naperville, IL 60564 | | | | | |
| | Creditor #: 13 Citibusiness Card P.O. Box 688915 Des Moines, IA 50368 | | | | | |
| | Creditor #: 14 Darren Trybalski 21029 Stratford Court Mokena, IL 60448 | | | | | |
| | Creditor #: 15 First Equity Card Corp P.O. Box 23029 Columbus, GA 31902 | | | | | |
| | Creditor #: 16 GE Capital Financial Inc P.O. Box 960061 Orlando, FL 32896 | | | | | |
| | Creditor #: 19 Ideal Design Integration Inc. 721 Hickory Street Lemont, IL 60439 | | | | | |
| | Creditor #: 2 AIG/American International Company 5 Wood Hollow P.O. Box 409 Parsippany, NJ 07054-0409 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 20 Jack Hill 5559 W 143rd Street Midlothian, IL 60445 | | | | | |
| | Creditor #: 22 Premier Waste & Recycling Inc. 10823 Langley Ave Chicago, IL 60628 | | | | | |
| | Creditor #: 23 Reed Construction Data 30 Technology Parkway South # 100 Norcross, GA 30092 | | | | | |
| | Creditor #: 24 Regal Custom Builders Inc. c/o Chuck Petrella 3115 Mistflower Lane Naperville, IL 60564 | | | | | |
| | Creditor #: 25 Sprint LDD Consumer Bankruptcy KHOPHT0101-Z3050 6391 Sprint Parkway Overland Park, KS 66251-3050 | | | | | |
| | Creditor #: 26 T Todd Horak 1757 Ridge Road Homewood, IL 60430 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 27 The Blue Book c/o Contractors Register Inc P.O. Box 500 Jefferson Valley, NY 10535 | | | | | |
| | Creditor #: 28 Timberview Construction 21625 Schoolhouse Road New Lenox, IL 60451 | | | | | |
| | Creditor #: 29 Village of Frankfort 432 W Nebraska Street Frankfort, IL 60423 | | | | | |
| | Creditor #: 3 Allen Corp Plumbing 516 4th Street Lemont, IL 60439 | | | | | |
| | Creditor #: 30 Weinberg Plumbing Co 846 W 119th Street Chicago, IL 60643 | | | | | |
| | Creditor #: 31 Zofkie's Painting Inc. 8508 W 192nd Street Mokena, IL 60448 | | | | | |
| | Creditor #: 5 Automatic Doors Inc. 118 Bartlett Avenue Bartlett, IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 7 Bank of America Visa P.O. Box 15710 Wilmington, DE 19886 | | | | | |
| | Creditor #: 8 Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Creditor #: 9 Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Representing: AIG/American International Company | | | | | |
| | Representing: Weinberg Plumbing Co | | | | | |
| 7 | AMERICAN EXPRESS BANK FSBC/O BECKET | | | | | |
| 7 -2 | AMERICAN EXPRESS BANK FSBC/O BECKET | | | | | |
| 9 | BANK OF AMERICA NA | | | | | |
| 4 | CHASE BANK USA NA | | | | | |
| 10 | CHICAGO STAIRWORKS | | | | | |
| | CLERK OF BANKRUPTCY COURT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GREAT AMERICAN LEASING CORPORATION | | | | | |
| 2 | HYTONE CONCRETE CONSTRUCTION INC. | | | | | |
| 5U | INTERNAL REVENUE SERVICE | | | | | |
| 3 | MOBILE MINI INC. | | | | | |
| 11 | NEW HAMPSHIRE INSURANCE COMAPANYC/O | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 08-29458   BL   Judge: Bruce W. Black |
| Case Name: | DFT CUSTOM BUILDERS, INC. |
| For Period Ending: | 09/30/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/30/08 (f) |
| 341(a) Meeting Date: | 12/01/08 |
| Claims Bar Date: | 03/04/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22156 Elise Boulevard-scheduled | 590,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Chase-Scheduled | 1,539.00 | 1,176.32 | | 1,176.32 | FA |
| 3. Checking Chase-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Palos Bank & Trust-scheduled | 14,792.00 | 14,730.37 | | 14,730.37 | FA |
| 5. Accounts receivable-scheduled | 204,161.00 | 37,474.29 | | 37,474.29 | FA |
| 6. Office equipment-scheduled<br>   See liquidation of asset 7 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Inventory-scheduled<br>   Settlement of $1500 also relates to asset 6. | 2,885.00 | 1,500.00 | | 1,500.00 | FA |
| 8. Refund of bond premium-unscheduled (u) | 0.00 | 2,854.90 | | 2,854.90 | FA |
| 9. Refund on insurance for 8243 W Lincoln-unschedul (u) | 0.00 | 182.78 | | 0.00 | FA |
| 10. Checking account with Chase Bank | 1,176.32 | 0.00 | | 0.00 | FA |
| 11. Checking account (payroll account) with Chase Ba | 0.00 | 0.00 | | 0.00 | FA |
| 12. Accounts Receivable - See attached list<br>   Duplicate of asset 5<br>   Duplicate of asset 5 | 204,161.99 | 0.00 | | 0.00 | FA |
| 13. Desk, file cabinets, bookcases, computer, laptop<br>   Duplicate of Asset 6<br>   Duplicate of Asset  6 | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. Distribution class action settlement-unscheduled | 4.10 | 4.10 | | 4.10 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 64.60 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,021,819.41 | $57,922.76 | | $57,804.58 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-29458    BL    Judge: Bruce W. Black | |
| Case Name: | DFT CUSTOM BUILDERS, INC. | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/30/08 (f) |
| 341(a) Meeting Date: | 12/01/08 |
| Claims Bar Date: | 03/04/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There  are accounts receivable and the Trustee is hiring special counsel to collect the accounts receivable if any are collectible. The Trustee liquidated bank accounts.. The Trustee hired an accountant to file tax returns. The Trustee filed this Final Report and made the distribution to creditors.The Truseete stopped payment on a check that was not cashed and will filea Report Of Unclaimed Funds.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2                                                                                                      Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-29458  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0065  Money Market Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198820065 | Wire in from JPMorgan Chase Bank, N.A. account 312198820065 | 9999-000 | 57,767.78 | | 57,767.78 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.76 | | 57,770.54 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.44 | | 57,773.98 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.32 | | 57,777.30 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.44 | | 57,780.74 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.43 | | 57,784.17 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.42 | | 57,785.59 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 57,787.06 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.42 | | 57,788.48 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 57,789.95 |
| 01/19/11 | 14 | Insurance Brokerage Antitrust Litigation | Proceeds from order  class action settlement DEPOSIT CHECK #1125865 | 1129-000 | 4.10 | | 57,794.05 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 57,795.52 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.33 | | 57,796.85 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 57,798.32 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.42 | | 57,799.74 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 57,801.21 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 57,801.68 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 57,802.17 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 57,802.66 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 57,803.13 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 57,803.62 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 57,804.09 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 57,804.58 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 57,804.96 |
| 01/25/12 | | Transfer to Acct #*******5213 | Bank Funds Transfer | 9999-000 | | 57,804.96 | 0.00 |

|  | Page Subtotals | | | | 57,804.96 | 57,804.96 | |

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

Case No:          08-29458  -BL
Case Name:     DFT CUSTOM BUILDERS, INC.

Taxpayer ID No:  *******1166
For Period Ending:  09/30/12

Trustee Name:          MICHAEL G. BERLAND
Bank Name:              The Bank of New York Mellon
Account Number / CD #:   *******0065  Money Market Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,804.96 | 57,804.96 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 57,767.78 | 57,804.96 | |
| | | | Subtotal | | 37.18 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 37.18 | 0.00 | |

Page Subtotals                    0.00              0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-29458 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******0066  Checking Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Page:    4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         08-29458  -BL

Case Name:    DFT CUSTOM BUILDERS, INC.

Taxpayer ID No:    *******1166

For Period Ending:    09/30/12

Trustee Name:         MICHAEL G. BERLAND

Bank Name:            JPMorgan Chase Bank, N.A.

Account Number / CD #:    *******0065  Money Market Account

Blanket Bond (per case limit):    $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/08 | 5 | Weiss Builders Group | Payment of accounts receivable DEPOSIT CHECK #1263 | 1121-000 | 10,994.29 | | 10,994.29 |
| 12/16/08 | 4 | DFT Custom Builders | Payment of Palos Bank account balance DEPOSIT CHECK #5014 | 1129-000 | 14,730.37 | | 25,724.66 |
| 12/16/08 | 2 | Chase Bank | Payment of amount in account DEPOSIT CHECK #9406601080 | 1129-000 | 11.38 | | 25,736.04 |
| 12/30/08 | 5 | Hillcrest Development | Payment of account receivable DEPOSIT CHECK #17379 | 1121-000 | 195.00 | | 25,931.04 |
| 12/30/08 | 8 | Secura Insurance | Refund of overpayment of bond premium DEPOSIT CHECK #7152016 | 1229-000 | 1,764.90 | | 27,695.94 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 27,696.62 |
| 01/06/09 | 2 | Chase Bank | Payment of balance on Chase Account DEPOSIT CHECK #9406601159 | 1129-000 | 1,164.94 | | 28,861.56 |
| 01/09/09 | 8 | Secura Insurance | Refund of  insurance DEPOSIT CHECK #784596 | 1229-000 | 1,090.00 | | 29,951.56 |
| 01/22/09 | | Burnet Title | Payment of A/R for 10947 Avenue G, Chicago, Illinois DEPOSIT CHECK #303681 | 1121-000 | 235.00 | | 30,186.56 |
| 01/22/09 | | First American Title | Payment for A/R for 2241 Florence Drive, blue Island, Illinois DEPOSIT CHECK #14914776 | 1121-000 | 400.00 | | 30,586.56 |
| 01/22/09 | | Chicago Metro Title | Payment of A/R for 4230 Prescott, Lyons, Illinois DEPOSIT CHECK #1-7601 | 1121-000 | 400.00 | | 30,986.56 |
| 01/22/09 | | Robert Arnold | Payment of A/R for 1318 Argo Lane, Lockport, Illinois DEPOSIT CHECK #1375 | 1121-000 | 350.00 | | 31,336.56 |
| 01/22/09 | | State Farm | Payment for refund of insurance for 8243 Lincoln DEPOSIT CHECK #501173472 | 1229-000 | 182.78 | | 31,519.34 |

Page Subtotals                31,519.34            0.00

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 08-29458 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******0065  Money Market Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 31,520.54 |
| | 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 31,521.74 |
| | 03/23/09 | 7 | National City | Payment of settlement per court order | 1129-000 | 1,500.00 | | 33,021.74 |
| | | | | DEPOSIT CHECK #821129904 | | | | |
| | 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 33,023.12 |
| * | 04/15/09 | | The Salvation Army | Payment of amout owed under lien | 1121-003 | 26,285.00 | | 59,308.12 |
| | | | | DEPOSIT CHECK #262305 | | | | |
| * | 04/15/09 | | The Salvation Army | Payment of amout owed under lien | 1121-003 | -26,285.00 | | 33,023.12 |
| | 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 33,024.46 |
| | 05/07/09 | 5 | The Salvation Army | Payment in full of monies due per lien | 1121-000 | 26,285.00 | | 59,309.46 |
| | | | | DEPOSIT CHECK #263484 | | | | |
| | 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.98 | | 59,311.44 |
| | 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.58 | | 59,314.02 |
| | 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,316.52 |
| | 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,319.02 |
| | 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 59,321.44 |
| | 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.42 | | 59,323.86 |
| | 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,326.36 |
| | 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.50 | | 59,328.86 |
| | 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.33 | | 59,331.19 |
| | 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.25 | | 59,333.44 |
| | 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 59,336.10 |
| | 04/01/10 | 001001 | Paul Stancato bankruptcy estate | Reversal of deposit, plus | 1121-000 | -1,568.71 | | 57,767.39 |
| | | | | interest, posted to incorrect account | | | | |
| | | | | Memo Allocation: | | | | |
| | | | | Name/Address: | | | | |
| | | | | Description: Burnet | | | | |
| | | | | UTC: 1121-00 | | | | |
| | | | | Amount:       $235.00 | | | | |

| | | | Page Subtotals | 26,248.05 | 0.00 | |
|---|---|---|---|---|---|---|

Ver: 17.00b

FORM 4

Page:   6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29458  -BL | |
| Case Name: | DFT CUSTOM BUILDERS, INC. | |
| | | |
| Taxpayer ID No: | *******1166 | |
| For Period Ending: | 09/30/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******0065  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ---- | | | | |
| | | | Memo Allocation: | | | | |
| | | | Name/Address: | | | | |
| | | | Description: First American Titile | | | | |
| | | | UTC: 1121-00 | | | | |
| | | | Amount:          $400.00 | | | | |
| | | | ---- | | | | |
| | | | Memo Allocation: | | | | |
| | | | Name/Address: | | | | |
| | | | Description: Chicago Metro Title | | | | |
| | | | UTC: 1121-00 | | | | |
| | | | Amount:          $400.00 | | | | |
| | | | ---- | | | | |
| | | | Memo Allocation: | | | | |
| | | | Name/Address: | | | | |
| | | | Description: Robert Arnold | | | | |
| | | | UTC: 1121-00 | | | | |
| | | | Amount:          $350.00 | | | | |
| | | | ---- | | | | |
| | | | Memo Allocation: | | | | |
| | | | Name/Address: | | | | |
| | | | Description: State Farm | | | | |
| | | | UTC: 1229-00 | | | | |
| | | | Amount:          $182.78 | | | | |
| | | | ---- | | | | |

Page Subtotals                              0.00              0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Page: 7

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-29458  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******0065  Money Market Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Allocation: | | | | |
| | | | Name/Address: | | | | |
| | | | Description: Interest from date of deposit | | | | |
| | | | 01/22/09-03/31/10 | | | | |
| | | | UTC: 1270-00 | | | | |
| | | | Amount:          $0.93 | | | | |
| | | | ---- | | | | |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.39 | | 57,767.78 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000198820065 | Wire out to BNYM account 000198820065 | 9999-000 | | 57,767.78 | 0.00 |

| | | | COLUMN TOTALS | | 57,767.78 | 57,767.78 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 57,767.78 | 57,767.78 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,767.78 | 57,767.78 | |

Page Subtotals                0.39              57,767.78

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

Exhibit 9

| Case No: | 08-29458  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******0066  Checking Account |
| Taxpayer ID No: | *******1166 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                     0.00                0.00

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit 9

| | |
|---|---|
| Case No: | 08-29458  -BL |
| Case Name: | DFT CUSTOM BUILDERS, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******1166 |
| For Period Ending: | 09/30/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5213  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.38 | | -0.38 |
| * | 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.38 | | 0.00 |
| | 01/25/12 | | Transfer from Acct #*******0065 | Bank Funds Transfer | 9999-000 | 57,804.96 | | 57,804.96 |
| | 03/29/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Expenses | 2200-000 | | 182.40 | 57,622.56 |
| | 03/29/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 6,140.23 | 51,482.33 |
| | 03/29/12 | 001003 | Digiovine, Hnilo, Jordan & Johnson<br>2370 Foxfield Road,suite 301<br>St. Charles, IL  60174 | Claim 12, Payment 100.00000% | 3410-000 | | 3,225.00 | 48,257.33 |
| | 03/29/12 | 001004 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Claim 5P, Payment 100.00000% | 5800-000 | | 9,408.89 | 38,848.44 |
| | 03/29/12 | 001005 | Great American Leasing Corporation<br>PO Box 609<br>Cedar Rapids, IA  52406 | Claim 1, Payment 27.69213% | 7100-000 | | 2,177.77 | 36,670.67 |
| | 03/29/12 | 001006 | Hytone Concrete Construction Inc.<br>190 Industry Avenue<br>Frankfort, IL  60423 | Claim 2, Payment 27.69217% | 7100-000 | | 1,661.53 | 35,009.14 |
| | 03/29/12 | 001007 | Mobile Mini Inc.<br>7420 Kryene Road # 101<br>Tempe, AZ  85283 | Claim 3, Payment 27.69241% | 7100-000 | | 84.34 | 34,924.80 |
| | 03/29/12 | 001008 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE  19850-5145 | Claim 4, Payment 27.69215% | 7100-000 | | 5,529.17 | 29,395.63 |

| | | | |
|---|---|---|---|
| Page Subtotals | 57,804.96 | 28,409.33 | |

Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 21)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

| Case No: | 08-29458  -BL | | Trustee Name: | | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | | Bank Name: | | Congressional Bank |
| | | | Account Number / CD #: | | *******5213  Checking Account |
| Taxpayer ID No: | *******1166 | | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/12 | 001009 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Claim 5U, Payment 27.69215% | 7100-000 | | 4,791.11 | 24,604.52 |
| 03/29/12 | 001010 | American Express Bank FSBc/o Beckett & Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 7 -2, Payment 27.69218% | 7100-000 | | 4,070.23 | 20,534.29 |
| 03/29/12 | 001011 | Bank of America NA<br>Po Box 26012<br>NC4 105 03 14<br>Greensboro, NC  27420 | Claim 9, Payment 27.69217% | 7100-000 | | 16,955.52 | 3,578.77 |
| 03/29/12 | 001012 | Chicago Stairworks<br>9981 W 190th Street<br>Mokena, IL  60448 | Claim 10, Payment 27.69213% | 7100-000 | | 1,105.47 | 2,473.30 |
| 03/29/12 | 001013 | New Hampshire Insurance Comapanyc/o Bankruptcy Collections<br>David A Levin, Representative<br>70 Pine  Satreet, 28th floor<br>New York, NY  10270 | Claim 11, Payment 27.69227% | 7100-000 | | 2,472.92 | 0.38 |
| 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.38 | | 0.00 |

| | | | | COLUMN TOTALS | 57,804.58 | 57,804.58 | 0.00 |
| | | | | Less:  Bank Transfers/CD's | 57,804.96 | 0.00 | |
| | | | | Subtotal | -0.38 | 57,804.58 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | -0.38 | 57,804.58 | |

| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | | | |
| | | Money Market Account - *******0065 | | | 37.18 | 0.00 | 0.00 |
| | | Checking Account - *******0066 | | | 0.00 | 0.00 | 0.00 |
| | | Money Market Account - *******0065 | | | 57,767.78 | 57,767.78 | 0.00 |
| | | | Page Subtotals | | -0.38 | 29,395.25 | |

Ver: 17.00b

FORM 2                                                                          Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                               Exhibit 9

| Case No: | 08-29458  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | DFT CUSTOM BUILDERS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5213  Checking Account |
| Taxpayer ID No: | *******1166 | | |
| For Period Ending: | 09/30/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0066 | | 0.00 | 0.00 | 0.00 |
| | | | Checking Account - ********5213 | | -0.38 | 57,804.58 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 57,804.58 | 115,572.36 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b